## BESSIE HARRIS v. THE STATE.

No. 4973.   Decided April 3, 1918.

**Vagrancy—Bills of Exception—Statement of Facts.**

Where there was no order allowing the filing of the statement of facts and bills of exception any time after the adjournment of the County Court, and the same were filed eight days after the twenty days which could have been allowed for that purpose, they must be stricken out on the motion of the State. Following Durham v. State, 69 Texas Crim. Rep., 71, and other cases.

Appeal from the County Court of Lampasas.   Tried below before the Hon. J. Tom Higgins.

Appeal from a conviction of vagrancy charging defendant was a common prostitute; penalty, a fine of twenty-five dollars.

The opinion states the case.

*T. S. Alexander* and *Roy L. Walker,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.—Cited article 844a, Penal Code.

PRENDERGAST, JUDGE.—This is an appeal from a conviction for vagrancy, a common prostitute, wherein the fine was assessed at $25.

The term of court at which the conviction occurred adjourned on December 15th. The statement of facts and bills of exceptions were not filed until January 12th following, eight days more than the twenty which could have been allowed for that purpose. There was no order allowing any time after adjournment, hence the State's motion to strike out the bills and statement of facts must necessarily be granted. De Friend v. State, 69 Texas Crim. Rep., 329; Durham v. State, 69 Texas Crim. Rep., 71, and a great many other cases. Without these there is no question presented which can be reviewed.

The judgment is therefore affirmed.

*Affirmed.*